IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

SEP 10 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| NANCY O'NEILL, CONNIE CRAWFORD, and PHILLIP PORTER, | CV 18–118–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| LOWE'S HOME CENTERS, LLC., a Foreign Limited Liability Company, JOHN DOES I-XX, and ABC CORPORATIONS I-XX, | |
| Defendants. | |

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 15).

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

Each party shall bear its own fees and costs.

DATED this 10th day of September, 2018.

Dana L. Christensen, Chief Judge
United States District Court